FERNANDO CORONA v. HOMER GARRISON, JR., CHARLES WINDBERG, JR.

No. A-4942. Decided January 19, 1955.
(274 S.W. 2d Series 541)

*Frank J. Galvan, Jr.,* and *Robert J. Galvan,* both of El Paso, for appellant.

*John Ben Shepperd,* Attorney General, and *Milton Richardson,* Assistant Attorney General, for appellee.

MR. JUSTICE WILSON delivered the opinion of the Court.

This is a direct appeal from a district court judgment denying a request for an injunction to halt a proceeding in the justice court. The justice court case was initiated by the Department of Public Safety under Section 22 of Article 6687-b for the purpose of obtaining an affirmative finding that appellant is a habitual violator of the traffic laws.

Our jurisdiction on direct appeal in this type of case under Art. 1738a, V.A.C.S., and under Section 3-b of Article V of the Texas Constitution is limited to appeals "from any order of any trial court granting or denying interlocutory or permanent injunction on the grounds of the constitutionality or unconstitutionality of any statute of this state." Boston v. Garrison, 152 Texas 253, 256 S.W. 2d 67.

Appellant seeks to sustain his direct appeal here on the ground that he questions the constitutionality of Section 22, Article 6687-b, V.A.C.S.

The trial court's judgment reflects that the injunction was denied because "the defendant has suffered no injuries at this time" and because the defendant "has a proper and adequate remedy at law."

The trial court, in denying the injunction, did not pass upon the constitutionality of the statute and for that reason we have no jurisdiction of this direct appeal. Appellee's motion to dismiss for want of jurisdiction is granted. Costs are taxed against appellant.

Opinion delivered January 19, 1955.